1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAAHDI COLEMAN,                          No.  2:12-cv-2171 TLN KJN P

12               Plaintiff,

13        v.                                   ORDER

14    RICK HILL, et al.,

15               Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 24, 2015, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27        1.  The findings and recommendations filed February 24, 2015 are adopted in full;

28        2.  The Motion to Dismiss (ECF No. 23) is granted;

1

3. This action is dismissed without prejudice as to Defendants Fransham and Hill pursuant to Federal Rule of Civil Procedure 41(b); and

4. This action be remanded to the assigned magistrate judge for scheduling.

IT IS SO ORDERED.

Dated:  April 30, 2015

Troy L. Nunley
United States District Judge